IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHARLES JEFFREY BELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | NO. 3:19-cv-00149 |
| v. ) | JUDGE RICHARDSON |
| ) | |
| ANDREW M. SAUL, COMMISSIONER ) | |
| OF SOCIAL SECURITY ) | |
| ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 21), to which no Objections have been filed.

The failure to object to a report and recommendation releases the Court from its duty to independently review the matter. *Frias v. Frias*, No. 2:18-cv-00076, 2019 WL 549506, at * 2 (M.D. Tenn. Feb. 12, 2019) (citing *Thomas v. Arn*, 474 U.S. 140, 150 (1985)); *Hart v. Bee Property Mgmt.*, Case No. 18-cv-11851, 2019 WL 1242372, at * 1 (E.D. Mich. March 18, 2019). The district court is not required to review, under a *de novo* or any other standard, those aspects of the report and recommendation to which no objection is made. *Ashraf v. Adventist Health System/Sunbelt, Inc.*, 322 F. Supp. 3d 879, 881 (W.D. Tenn. 2018); *Benson v. Walden Security*, Case No. 3:18-cv-0010, 2018 WL 6322332, at * 3 (M.D. Tenn. Dec. 4, 2018). The district court should adopt the magistrate judge's findings and rulings to which no specific objection is filed. *Id.*

Nonetheless, the Court has reviewed the Report and Recommendation, and the Report and Recommendation is adopted and approved.

Accordingly, Plaintiff's Motion for Judgment on the Administrative Record (Doc. No. 17) is **DENIED**, and the decision of the Commissioner is **AFFIRMED**. This action is **DISMISSED**, and the Clerk is directed to close the file. This Order shall constitute the judgment for purposes of Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_Eli Richardson_
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE